# MEMORANDA

OF

# CASES NOT REPORTED IN FULL.

IN THE MATTER OF THE NEW YORK, WEST SHORE AND BUFFALO RAILROAD COMPANY TO ACQUIRE LANDS OF WILLIAM LOUNSBERRY AND OTHERS. — Order affirmed, with costs. Opinion by BOARDMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL F. COLLINS, *Respondent*, v. JOHN D. SPICER, *as Comptroller, etc., Appellant.* — Order modified in accordance with opinion of POTTER, J., and to be settled by him, without costs to either party. Opinion by POTTER, J.

FLORA A. SCOTT, *by Guardian, etc., Respondent*, v. LELATUS J. WOOD, *Appellant.* — Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.

GEORGE C. HEMMINGWAY, *as Administrator, etc., Respondent*, v. JACOB S. POUCHER, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondents*, v. FRANK VAN VECHTEN, *Appellant.* — Judgment and conviction affirmed. Opinions by BOARDMAN and POTTER, JJ., and by LEARNED, P. J., dissenting.

RICHARD BURKE, *as Administrator, etc. Respondent*, v. SILAS H. WITHERBEE and others, *Appellants.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

THOMAS LAPE, *Respondent*, v. JAMES THOMPSON, *Appellant.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

JOHN S. PERRY, *Respondent*, v. THE BOARD OF MISSIONS OF THE PROTESTANT EPISCOPAL CHURCH IN THE DIOCESE OF ALBANY, *Appellant.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

JOSEPH P. TAFT, *Respondent*, v. THE CITY OF TROY, *Appellant.* — Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.

CORNELIUS VAN DERZEE and another, *Respondents*, v. HARMON SLINGERLAND, *Appellant, Impleaded, etc.* — Judgment modified as to rents and profits in accordance with opinion of POTTER, J., and as so modified affirmed, without costs to either party. Order to be settled by POTTER, J. Opinion by POTTER, J.